AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**ANGELA M. SMITH,**

    **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

    **CASE NO.  C2-06-941**
**MEDICAL MUTUAL OF**    **JUDGE EDMUND A. SARGUS, JR.**
**OHIO, INC.,**    **MAGISTRATE JUDGE NORAH MCCANN KING**

    **Defendant.**

___    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the Opinion and Order filed March 24, 2008, JUDGMENT is hereby entered in favor of Defendant.  This case is dismissed.**

Date: March 24, 2008                                           JAMES BONINI, CLERK

                                                                 */S/ Andy F. Quisumbing*
                                                                 (By) Andy F. Quisumbing
                                                                 Courtroom Deputy Clerk